IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00240-MR

| | | |
|---|---|---|
| WILLIAM BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| ANDREA DICKENS, and | ) | |
| RONALD BERG, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Claims against Defendant Andrea Dickens [Doc. 31].

For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 31] is **GRANTED**, and Defendant Andrea Dickens is hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 18, 2013

Martin Reidinger
United States District Judge